UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CENTER FOR INQUIRY, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:12-cv-00623 SEB-DML |
| ) | |
| CLERK, MARION CIRCUIT COURT, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

The United States Court of Appeals for the Seventh Circuit having, on July 14, 2014, issued its decision in this case and having instructed this Court to issue a permanent injunction in this matter and the parties having submitted their proposed form of final judgment and the Court having read the filing, and, being duly advised, enters the following findings and Final Judgment in this cause.

IT IS DECLARED that Indiana Code § 31-11-16-1 is unconstitutional to the extent that it fails to extend the right to solemnize marriages to the Center for Inquiry and its certified secular celebrants including, but not limited to, Reba Boyd Wooden and that Reba Boyd Wooden and the certified secular celebrants may solemnize marriages with full legal effect, consistent with the other persons and entities mentioned in Indiana Code § 31-11-6-1, and without risk of any criminal penalties.

IT IS THEREFORE ORDERED that defendants are permanently enjoined from enforcing Indiana Code § 31-11-16-1 to the extent that its language bars Reba Boyd Wooden and certified secular celebrants trained by the Center for Inquiry from solemnizing marriages in

Indiana and the defendants are permanently enjoined to give such marriages full legal effect and to treat the marriages in the same way as marriages solemnized by the persons and entities explicitly mentioned in Indiana Code § 31-11-16-1, and,

IT IS FURTHER ORDERED that the defendants are permanently enjoined from taking any criminal or civil actions against Reba Boyd Wooden and the certified secular celebrants for solemnizing marriages in Indiana.

IT IS FURTHER ORDERED that pursuant to the agreement of the parties the time for plaintiffs to petition for reasonable attorneys' fees and costs is extended to 30 days after this date.

__8/6/2014__
Date

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

To: All ECF-registered counsel of record